JPML FORM 1A - Continuation                                    DOCKET ENTRIES -- p._____

DOCKET NO. 431 -- IN RE FIRESTONE TIRE & RUBBER CO. STEEL BELTED RADIAL TIRE PRODUCTS LIABILITY LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 80/04/28 | 1 | MOTION, BRIEF, SCH. OF ACTIONS, CERT. OF SVC., EXHIBITS A-E -- pltf. Bernard Pogostin. (ea) SUGGESTED TRANSFEREE DISTRICT: S. D. N. Y. SUGGESTED TRANSFEREE JUDGE: (ea) |
| 80/05/01 |   | AMENDED CERTIFICATE OF SERVICE (Attached to Pldg. 1) -- Movant Pogostin (cds) |
| 80/05/02 | 2 | REQUEST FOR EXTENSION OF TIME -- Def. Firestone -- GRANTED TO ALL TO AND INCLUDING May 27, 1980 (cds) |
| 80/05/09 |   | APPEARANCES -- Matthew J. Broderick for Coopers & Lybrand; David J. Armstrong for Richard A. Riley; Richard E. Guster for Edward F. Carter; George D. Newton for Firestone Tire & Rubber Co.; Richard D. Greenfield for City of Philadelphia, Tessie Wolfson and Irving Kanter; ~~Bernard Pogostin for Daniel W. Krasner for~~ Daniel W. Krasner for Bernard Pogostin (emh) |
| 80/05/12 |   | APPEARANCE -- Robert S. Schachter for Richard L. Feinstein, et al. (Pltfs. in A-4). (emh) |
| 80/05/27 | 3 | RESPONSE/BRIEF -- ALL DEFENDANTS -- w/Apendices, exhibits, and cert. of svc. (emh) |
| 80/05/23 |   | HEARING ORDER -- Setting Motion to Transfer for June 26, 1980 hearing in Boston, Mass. (cds) |
| 80/05/29 | 4 | REQUEST FOR EXTENSION OF TIME -- Plaintiff Pogostin -- GRANTED TO AND INCLUDING June 4, 1980 (cds) |
| 80/05/30 | 5 | JOINT MEMORANDUM -- Pltfs. Tessie Wolfson and City of of Philadelphia -- w/cert. of svc. (emh) |
| 80/05/30 | 6 | MEMORANDUM -- Pltf. Irving Kanter -- w/svc. (emh) |
| 80/06/02 | 7 | AFFIDAVIT, CERT. OF SVC. -- Robert S. Schachter, Esq. for pltfs. Richard L. Feinstein, et al. (ea) |
| 80/06/05 | 8 | REPLY BRIEF -- Plaintiff Pogostin -- w/Exhibit and cert. of service (cds) |
| 80/0616 | 9 | LETTER -- Counsel for Firestone w/order transferring A-3 to N. Ohio, under 28 U.S.C. §1407, svc. indicated. (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 431 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/06/25 | | HEARING APPEARANCES -- Daniel W. Krasner for Bernard B. Pogostin; George D. Newton for The Firestone Tire & Rubber Co.; Matthew J. Broderick for Coopers & Lybrand; Robert S. Schachter for Richard L. Feinstein, et al.; David J. Armstrong for Richard A. Riley    (emh) |
| 80/06/27 | | WAIVER OF ORAL ARGUMENT:  Edward F. Carter  (emh) |
| 80/07/10 | | ORDER DENYING TRANSFER OF LITIGATION., A-1 through A-5 under Section 1407 for pretrials proceedings.  Notified involved counsel, clerks, and judges. (ds). |

JPML Form 1

Revised: 8/78

DOCKET NO. 431 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE FIRESTONE TIRE & RUBBER COMPANY STEEL BELTED RADIAL TIRE PRODUCTS LIABILITY & SECURITIES LIT

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/26/80 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/10/80 | DENIAL MO | | | | |

Special Transferee Information

DATE CLOSED: 7/10/80

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 431 -- IN RE FIRESTONE TIRE & RUBBER CO. STEEL **BELTED** RADIAL TIRE PRODUCTS LIABILITY & SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Irving Kanter v. Firestone Tire & Rubber Co. | S.D.N.Y. Haight | 78Civ.4301 (CSH) | | | | JUL 10 198 |
| A-2 | Richard L. Feinstein, et al. v. The Firestone Tire & Rubber Co. | S.D.N.Y. Haight | 78Civ.4342 (CSH) | | | | JUL 10 1980 |
| A-3 | Bernard B. Pogostin v. Richard A. Riley, et al. | ~~S.D.N.Y.~~ ~~Owen~~ N.D.OH White | ~~80Civ.1424~~ ~~(RO)~~ C80-1054A | | | | JUL 10 1980 5/10/?? N/?? |
| A-4 | Tessie Wolfson v. Richard A. Riley, et al. | N.D.OH ~~Manos~~ | C 79-642 | | | | JUL 10 1980 |
| A-5 | City of Philadelphia v. Firestone Tire & Rubber Co., et al. | N.D.OH ~~Manos~~ | C 79-1525 | | | | JUL 10 1980 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 431 -- IN RE FIRESTONE TIRE & RUBBER CO. STEEL BELTED RADIAL TIRE PRODUCTS LIABILITY & SECURITIES LITIGATION

---

IRVING KANTER (A-1)
TESSIE WOLFSON (A-4)
CITY OF PHILADELPHIA (A-5)
Richard D. Greenfield, Esquire
Greenfield & Schoen, P.C.
110 Montgomery Avenue
Bala-Cynwyd, Pennsylvania  19004

RICHARD L. FEINSTEIN, ET AL. (A-4)
Robert S. Schachter, Esquire
Kass, Goodking, Wechsler & Labaton
122 East 42nd Street
New York, New York  10017

BERNARD POGOSTIN (A-3)
Daniel W. Krasner, Esquire
Wolf Haldenstein Adler Freeman & Herz
270 Madison Avenue
New York, New York  10016

FIRESTONE TIRE & RUBBER COMPANY
George D. Newton, Jr.
Kirkland & Ellis
200 East Randolph Drive
Suite 5800
Chicago, Illinois  60601

EDWARD F. CARTER
Richard E. Guster, Esquire
Roetzel and Andress
20th Floor, One Cascade Plaza
Akron, Ohio  44308

RICHARD A. RILEY
David J. Armstrong, Esquire
Dickie, McCamey & Chilcote
Suite 3180
U.S. Steel Building
Pittsburgh, PA  15219

COOPERS & LYBRAND
Matthew J. Broderick, Esq.
Dechert Price & Rhoads
3400 Centre Square West
1500 Market Street
Philadelphia, PA  19102

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 431 -- IN RE FIRESTONE TIRE & RUBBER CO. STEEL BELTED RADIAL TIRE PRODUCTS LIABILITY & SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Firestone Tire & Rubber Co. | A-1, A-2, A-3, A-4, A-5 |
| Richard A. Riley | A-3, A-4 |
| Mario A. DiFederico | A-3, A-4 |
| Edward F. Carter | A-3, A-4 |
| Frank A. LePage | A-3, A-4 |
| Everett H. Strobel | A-3, A-4 |
| Robert Beasley | A-3, |
| Coopers & Lybrand | A-3, A-4, A-5 |