JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 10 1980

PATRICIA D. HOWARD
CLERK OF THE PANEL

7/10/80

DOCKET NO. 431

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FIRESTONE TIRE AND RUBBER COMPANY STEEL BELTED RADIAL
TIRE PRODUCTS LIABILITY AND SECURITIES LITIGATION

ORDER DENYING TRANSFER*

Presently before the Panel is a motion, pursuant to
28 U.S.C. §1407, brought by plaintiff in one of the three
actions pending in the Northern District of Ohio and listed
on the attached Schedule A for transfer of the Ohio actions
to the Southern District of New York for coordinated or
consolidated pretrial proceedings with the two actions
pending there.

On the basis of the papers filed and the hearing held,
the Panel finds that the actions pending in the Northern
District of Ohio involve considerable questions of fact
individual to the actions pending in that district; that
the actions pending in the Southern District of New York
involve considerable questions of fact individual to the
actions pending in that district; and that transfer of
these actions to a single district pursuant to Section
1407 would not necessarily serve the convenience of the
parties and witnesses or promote the just and efficient
conduct of the actions.  We note that suitable alternatives
to transfer under Section 1407 exist in order to minimize
the possibility of duplicative discovery and/or conflicting
pretrial rulings.  See, e.g., In re Penitentiary Postal
Procedure Litigation, 465 F. Supp. 1293, 1294-95 (J.P.M.L.
1979); In re Commercial Lighting Products, Inc. Contract
Litigation, 415 F. Supp. 392, 393 (J.P.M.L. 1976).  See
also Manual for Complex Litigation, Parts I and II, §§3.11
(rev. ed. 1977).

IT IS THEREFORE ORDERED that the motion for transfer
pursuant to 28 U.S.C. §1407 pertaining to the actions listed
on the attached Schedule A be, and the same hereby is,
DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

*Judge Edward S. Northrop took no part in the decision
of this matter.

SCHEDULE A

MDL-431 -- In re Firestone Tire & Rubber Co. Steel Belted Radial Tire
Products Liability and Securities Litigation
Northern District of Ohio
Tessie Wolfson v. Richard A. Riley, et al.,
C.A. No. C79642
City of Philadelphia v. Firestone Tire & Rubber Co., et al.,
C.A. No. C79-1525
Bernard B. Pogostin v. Richard A. Riley, et al.,
C.A. No. C80-1054A

Southern District of New York
Irving Kanter v. Firestone Tire & Rubber Co.,
C.A. No. 78 Civ 4301
Richard L. Feinstein, et al. v. The Firestone Tire & Rubber Co., C.A.
No. 78 Civ 4342